IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-*151 M* |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| JOHN DOE, a/k/a | ) | |
| AMILCAR ALMODOVAR COLMENERO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Adam Safwat as attorney of record for the United States, and enter the appearance of Christopher J. Burke, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142

Dated: June 19, 2006



FILED
JUN 1 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE