IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **FILED UNDER SEAL** |
| | ) |
| v. | ) Criminal Complaint No. 05-**151 M-MPT** |
| | ) |
| JOHN DOE, a/k/a | ) |
| "Amilcar Almodovar Colmenero," | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Criminal Complaint and file in the above-captioned case, as the defendant has been arrested and apprehended in Massachusetts.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: March 23, 2007

IT IS SO ORDERED this **26th** day of **MARCH**, 2007.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE