AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOHN DOE, a/k/a
AMILCAR ALMODOVAR COLMENERO

## WARRANT FOR ARREST

CASE NUMBER: 05- 151 M-MPT

*[Stamp: RECEIVED 2005 MAY 12 A 9:40 U.S. MARSHALS SERVICE WILMINGTON, DELAWARE]*

*[Stamp: FILED MAR 27 9 11 AM '07 DISTRICT OF DELAWARE]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   John Doe, a/k/a AMILCAR ALMODOVAR COLMENERO_ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly presenting a materially false application for a U.S. passport,

in violation of Title _15_ United States Code, Section _1542_.

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| *[signature]* | May 12, 2005   Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

*[Stamp: FILED MAR 27 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
4 Plane ST, Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-12-05 | William David, DUSM | William David |
| DATE OF ARREST | | |
| 3-23-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest